JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDERICK DOUGLAS BENNETT, SR., ) | NO. ED CV 12-2277-CAS(E) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| CALIFORNIA AND ITS DEPT. OF ) CORR.'S, et al., ) | |
| Defendants. ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 29, 2013.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE